■ NEW YORK EXPOSITIONS, INC. v. COLISEUM EXHIBITION CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ AMERICAN-EASTERN CORPORATION v. BUREAU VERITAS.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the ARBITRATION between BENJAMIN F. GRAY and JAMES TALCOTT, INC.— Motion for leave to appeal to the Court of Appeals denied with $10 costs. Concur— Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ BELLETTE HUTTON v. LEONARD HUTTON.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ HAROLD WEST, as Guardian ad Litem of HARRIET V. WEST, an Infant, et al., v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bergan, JJ.

■ SLAVENBURG-SOELLING CORPORATION v. MAX JAKOB.— Motion to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ MICHAEL LE GLAIRE, as Administrator of the Estate of SHUSHANNA LE GLAIRE, Deceased, v. NEW YORK LIFE INSURANCE COMPANY.— Motion to reargue or, in the alternative, modify the order of this court of June 2, 1959, denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ CLEOPHAS THOMAS v. NEW YORK CITY HOUSING AUTHORITY.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur— Breitel, J. P., Rabin, Valente, Stevens and Bastow, JJ.

■ PASQUALE MELE, as Executive Member of the Republican County Committee of Bronx County, for the 13th Executive District, v. JOHN C. RYDER, Individually and as President of West Bronx Young Republican Club, et al. — Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ ADAMS-MILLIS CORPORATION v. UNITED STATES HOSIERY CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ANNA IGNATS, Also Known as ANNA P. DANCIGERS, Individually and as Administratrix of the Estate of GEORGE E. DANCIGERS, Deceased, v. JANIS ZALCMANIS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ ATLAS SUPPLY COMPANY, INC. v. COLGATE CONTRACTING, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ IRVING MAIDMAN v. JOHN ROTH et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated July 2, 1959, is vacated. Concur— Botein, P. J., M. M. Frank, Rabin, Valente and Stevens, JJ.

■ O. K. EXPRESS CORP. v. MARYLAND CASUALTY COMPANY.— Application granted. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.